IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DENNIS F. ROQUEMORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:04-0193 |
| | ) | JUDGE HAYNES |
| VANDERBILT UNIVERSITY MEDICAL CENTER, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion for summary judgment (Docket Entry No. 16) is **GRANTED**. This action is **DISMISSED** with prejudice.

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** this the ____ day of August, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge